THE LAW OFFICE of CHRISTOPHER Q. DAVIS

**WORKING SOLUTIONS NYC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 2, 2021

**VIA ECF AND EMAIL <** **ALCarterNYSDChambers@nysd.uscourts.gov****>**

July 1, 2021

Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *Padgett v. Abrams Garfinkel Margolis Bergson, LLP.*, **Civil Action No. 21-cv-00190 (ALC)**

**MEMO ENDORSED**

Dear Judge Carter:

  This Firm represents Plaintiff Brandon Padgett ("Plaintiff" or "Mr. Padgett") in the above-captioned matter. We write with consent of counsel for Defendant to advise the Court that as a result of the successful mediation held on June 25, 2021, the parties reached a settlement in principle in this matter. Respectfully, together with counsel for the Defendant, we request a final stay of all deadlines and conferences for an additional thirty (30) days, to allow the parties sufficient time to finalize the settlement agreement.

  The parties thank the Court for its time and consideration.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 2, 2021

Respectfully submitted,

/s/ Rachel M. Haskell____

Rachel M. Haskell

cc: All counsel of record (via ECF)